# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 07-1159


**DR. FAYEZ K. SHAMIEH (RUDOLPH JACKSON)**

**VERSUS**

**LIQUID TRANSPORT CORP., ET AL.**


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 3
PARISH OF CALCASIEU, NO. 05-04552
AARON FRANK MCGEE, WORKERS COMPENSATION JUDGE

\*\*\*\*\*\*\*\*\*\*


## ELIZABETH A. PICKETT
## JUDGE

\*\*\*\*\*\*\*\*\*\*


Court composed of Glenn B. Gremillion, Elizabeth A. Pickett, and J. David Painter, Judges.

**ANNULLED AND SET ASIDE; REMANDED.**


Thomas Allen Filo
Cox, Cox, & Filo
723 Broad Street
Lake Charles, LA 70601
Counsel for Secondary Plaintiff/Appellant:
    Dr. Fayez K. Shamieh

Henry Clay Ward  III
Attorney at Law
1111 Ryan St.
Lake Charles, LA 70601
Counsel for Defendant/Appellant:
    Liquid Transport Corp. and
    Great West Casualty Company

**Perry R. Staub Jr.**
**Mark VanHorn**
**Larry E. Demmons**
**Taggart, Morton, Ogden, Staub & O'Brien, L.L.C.**
**Counsel for Intervenor:**
  **CCN Managed Care, Inc.**

**Judy Y. Barrasso**
**Stephen L. Miles**
**Edward R. Wicker Jr.**
**Barrasso, Usdin, Kupperman**
**909 Poydras St., Suite #2400**
**New Orleans, LA 70112**
**Counsel for Other—Amicus for CCN :**
  **Liberty Mutual Insurance Co.**
  **Helmsman Management Services Co.**
  **Employers Insurance of Wausau**

**PICKETT, Judge.**

Both appeals before this court, 07-1159 and 07-1282, come from the same proceedings, 05-4552, in the Office of Workers' Compensation (OWC). In appeal 07-1159, the defendants, Liquid Transport Corporation and Great West Casualty Company, appeal a judgment from the OWC ordering the defendants to pay the plaintiff, Dr. Fayez Shamieh, $122.50 in under-payment on a medical bill for the plaintiff's treatment of Rudolph Jackson, a workers' compensation claimant. The OWC also awarded Dr. Shamieh $4,000.00 in penalties ($2,000.00 for under-payment and $2,000.00 for late payment) and $3,950.00 in attorney's fees. The plaintiff, Dr. Shamieh, also appeals seeking additional attorney's for the work necessitated by this appeal. In appeal 07-1282, Community Care Network, Inc. (CCN), appeals a judgement of the WCJ denying its petition to intervene. For the reasons assigned in appeal number 07-1282, we reverse the judgment of the Workers' Compensation Judge (WCJ) rendered June 6, 2007 denying CCN's motion to intervene, nullify the judgment signed July 25, 2007 (in appeal 07-1159), and remand the case for additional proceedings consistent with this opinion. We defer consideration of the plaintiff's request for additional attorney's fees.

**ANNULLED AND SET ASIDE; REMANDED.**

2